**FORM 26.  Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. _____

_____

v.

_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.  All questions must be answered or the statement will be rejected.

Name of the party you represent _____

Party is (select one)      ☐ Appellant/Petitioner      ☐ Cross-Appellant
                           ☐ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No. _____

Date of Judgment/Order _____    Type of Case _____

Relief sought on appeal _____
_____

Relief awarded below (if damages, specify)  _____
_____

Briefly describe the judgment/order appealed from   _____
_____
_____
_____
_____

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☐ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____
_____
_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued　_____
_____
_____
_____
_____

Brief statement of the issues to be raised on appeal _____
_____
_____
_____
_____

Have there been discussions with other parties relating to settlement of this case?

　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes　　☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　　☐ Yes　　☐ No

If they were mediated, by whom? _____
_____
_____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☐ No

If you answered no, explain why not _____
_____
_____
_____
_____
_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____
_____
_____
_____
_____
_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this _____ day of _____, _____

by: _____
(manner of service)


_____      _____
      Name of Counsel                        Signature of Counsel

Law Firm _____

Address _____

City, State, ZIP _____

Telephone Number _____

FAX Number _____

E-mail Address _____