**Nos. 14-1401, -1402**

_____

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**

*Appellant*,

v.

**CCP SYSTEMS AG,**

*Cross-Appellant*.

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, Reexamination Control No. 95/001,398.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CROSS-APPELLANT'S OPENING BRIEF**

---

Pursuant to Rule 26(b) of the Federal Circuit Rules, cross-appellant CCP Systems AG ("CCP") respectfully moves for a 21-day extension of time, to and including Monday, August 25, 2014, to file its opening brief. Cross-appellant's opening brief currently is due on Monday, August 4, 2014.

This is the first request for an extension of time to file the opening brief for cross-appellant. Counsel for appellant has indicated that appellant does not oppose the requested extension.

As set forth in the declaration of Mehran Arjomand, good cause exists for the requested extension. Counsel has several other matters pending in this Court, the Supreme Court, and other federal courts of appeals. Counsel has a reply brief for appellant due on August 4, 2014 in *InSite Vision Incorporated v. Sandoz Inc.*, No. 14-1065 (Fed. Cir.), an opening brief for petitioner due on August 8, 2014 in *Zuniga v. Holder*, No. 13-73608 (9th Cir.), and a brief for respondents due on August 11, 2014 in *Teva Pharmaceuticals USA, Inc. v. Sandoz Inc.*, No. 13-854 (S. Ct.). In addition, counsel also has obligations in seven *inter partes* review matters pending in the United States Patent and Trademark Office in the weeks of July 28 and August 4, 2014. Further, counsel recently filed a brief for appellant on July 2, 2014 in *Toshiba Corporation v. Imation Corp.*, Nos. 14-1279, -1293 (Fed. Cir.).

For the foregoing reasons, CCP respectfully requests that the Court grant an extension of time, to and including August 25, 2014, in which to file its opening brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 25, 2014 | /s/ Mehran Arjomand<br>MEHRAN ARJOMAND<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Tel: (213) 892-5630<br>Fax: (213) 892-5454<br><br>BRIAN R. MATSUI<br>JESSICA E. PALMER<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 887-1500<br>Fax: (202) 887-0763<br><br>*Counsel for Cross-Appellant*<br>*CCP Systems AG* |

**Nos. 14-1401, -1402**
_____

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
_____

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**

*Appellant*,

v.

**CCP SYSTEMS AG,**

*Cross-Appellant*.
_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, Reexamination Control No. 95/001,398.

_____

**DECLARATION OF MEHRAN ARJOMAND IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CROSS-APPELLANT'S OPENING BRIEF**
_____

I, Mehran Arjomand, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in California, and I am admitted to practice before this Court. I am a Partner with the law firm of Morrison & Foerster LLP, counsel of record for cross-appellant CCP Systems AG ("CCP") in this action. I make this declaration in support of CCP's motion for an extension of time to file the opening brief for cross-appellant.

2. CCP respectfully requests a 21-day extension of time, to and including Monday, August 25, 2014, to file its opening brief. Cross-appellant's opening brief currently is due on Monday, August 4, 2014. This is the first request for an extension of time to file the opening brief for cross-appellant.

3. Counsel has several other matters pending in this Court, the Supreme Court, and other federal courts of appeals. Counsel has a reply brief for appellant due on August 4, 2014 in *InSite Vision Incorporated v. Sandoz Inc.*, No. 14-1065 (Fed. Cir.), an opening brief for petitioner due on August 8, 2014 in *Zuniga v. Holder*, No. 13-73608 (9th Cir.), and a brief for respondents due on August 11, 2014 in *Teva Pharmaceuticals USA, Inc. v. Sandoz Inc.*, No. 13-854 (S. Ct.). In addition, counsel also has obligations in matters pending in the United States Patent and Trademark Office. Further, counsel recently filed a brief for appellant on July 2, 2014 in *Toshiba Corporation v. Imation Corp.*, Nos. 14-1279, -1293 (Fed. Cir.).

4. Counsel for appellant informed counsel for CCP that appellant does not oppose the requested extension.

Executed on this 25th day of July, 2014, in Los Angeles, California.

/s/ Mehran Arjomand
Mehran Arjomand

# CERTIFICATE OF INTEREST

Counsel for the Cross-Appellant CCP Systems AG certifies the following:

1.     The full name of every party or amicus represented by me is:

CCP Systems AG

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.     All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

Greenwich Beteiligungen AG

4.     The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

Morrison & Foerster LLP: Mehran Arjomand, Brian R. Matsui, Jessica E. Palmer
Pearl Cohen Zedek Latzer, LLP: Guy Yonay


Dated: July 25, 2014                    /s/ Mehran Arjomand
                                        Mehran Arjomand


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on July 25, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 25, 2014                             /s/ Mehran Arjomand
                                                 Mehran Arjomand