# NO. 14-1401, -1402

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**

Appellant

v.

**CCP SYSTEMS AG,**

Cross-Appellant

## JOINT STATEMENT OF COMPLIANCE WITH
## FEDERAL CIRCUIT RULE 33

From the U.S. Patent and Trademark Office, PTAB Appeal No. 2013-009045, Hon. Howard B. Blankenship, Stanley M. Weinberg, and Stacey G. White, Administrative Patent Judges

| | | |
|---|---|---|
| David L. McCombs<br>Debra J. McComas<br>**HAYNES AND BOONE LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone: 214.651.5375<br>Facsimile: 214.200.0525<br>david.mccombs@haynesboone.com<br>debbie.mccomas@haynesboone.com | Brian R. Matsui<br>Jessica E. Palmer<br>**MORRISON & FOERSTER LLP**<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone: 202.887.8740<br>Facsimile: 202.887.0763<br>bmatsui@mofo.com<br>jpalmer@mofo.com | Mehran Arjomand<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Telephone: 213.892.5630<br>Facsimile: 213.892.5454<br>marjomand@mofo.com |

**Attorneys for Appellant**
**Samsung Electronics Corporation, Ltd.**

**Attorneys for Cross-Appellant, CCP Systems AG**

Pursuant to Federal Circuit Rule 33(a)(2)(A), Appellant Samsung Electronics Corporation, Ltd. and Cross-Appellant CCP Systems AG certify that settlement discussions have been conducted, and that no agreement was reached.

Respectfully Submitted,

*/s/ David L. McCombs*
David L. McCombs
Debra J. McComas
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone: 214.651.5375
Facsimile: 214.200.0525
david.mccombs@haynesboone.com
debbie.mccomas@haynesboone.com

**Attorneys For Appellant,
Samsung Electronics Corporation, Ltd.**

*/s/ Mehran Arjomand*
Mehran Arjomand
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd.
Los Angeles, CA  90017
Telephone: 213.892.5630
Facsimile: 213.892.5454
marjomand@mofo.com

and

> Brian R. Matsui
> Jessica E. Palmer
> **MORRISON & FOERSTER LLP**
> 2000 Pennsylvania Avenue, NW
> Washington, DC  20006
> Telephone: 202.887.8740
> Facsimile: 202.887.0763
> bmatsui@mofo.com
> jpalmer@mofo.com
>
> **Attorneys for Cross-Appellant**
> **CCP Systems AG**

## ECF CERTIFICATION

I hereby certify that (i) the required privacy redactions have been made pursuant to Federal Rule of Civil Procedure 5.2; (ii) the electronic submission is an exact copy of the paper document; (iii) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses; and (iv) the paper document will be maintained for three years after the mandate or order closing the case issues.

> */s/ Debra J. McComas*
> Debra J. McComas

D-2330734_1

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Dec 19, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
     (by email or CM/ECF)

| | |
|---|---|
| David L. McCombs | /s/ David L. McCombs |
| Name of Counsel | Signature of Counsel |

Law Firm: Haynes and Boone, LLP

Address: 2323 Victory Avenue, Suite 700

City, State, ZIP: Dallas, Texas, 75219

Telephone Number: 214.651.5375

FAX Number: 214.200.0525

E-mail Address: david.mccombs@haynesboone.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.