NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**
*Appellant*

v.

**CCP SYSTEMS AG,**
*Cross-Appellant*

---

2014-1401, -1402

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in no. 95/001,398.

---

ON MOTION

PER CURIAM.

<u>O R D E R</u>

Upon consideration of the unopposed motion of cross-appellant CCP Systems AG to withdraw Jessica E. Palmer as counsel,

IT IS ORDERED THAT:

The motion is granted.

　　　　　　　　　　　　　FOR THE COURT

March 31, 2015　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　Clerk of Court