# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1401, 14-1402

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**
*Appellant*

v.

**CCP SYSTEMS AG,**
*Cross-Appellant*

Appeal from the United States Patent and Trademark Office in case no. 95/001,398

## MANDATE

In accordance with the judgment of this Court, entered April 17, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court